

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2008–1376.   State ex rel. Gibson v. Indus. Comm.
Franklin App. No. 07AP–770, 2008-Ohio-2840.

## CASE ANNOUNCEMENTS

*September 4, 2008*

[Cite as *09/04/2008 Case Announcements,* 2008-Ohio-4442.]

## MERIT DECISIONS WITHOUT OPINIONS

2008–1129.   State ex rel. Gains v. Mahoning Cty. Bd. of Elections.
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. On S.Ct.Prac.R. X(5) determination and consideration of respondent's motion for judgment on the pleadings,

It is ordered by the court that the motion for judgment on the pleadings is granted and that the cause is dismissed. Relator has or had an adequate remedy at law by way of an action for a prohibitory injunction. See *Tatman v. Fairfield Cty. Bd. of Elections,* 102 Ohio St.3d 425, 2004-Ohio-3701, 811 N.E.2d 1130, ¶ 17–19.

MOYER, C.J., and PFEIFER, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent and would grant an alternative writ.

## MOTION AND PROCEDURAL RULINGS

2007–0558.   Wilborn v. Bank One Corp.
Mahoning App. No. 04–MA–182, 2007-Ohio-596. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of the motion for admission pro